# Exhibit B

# GEMINI INSURANCE COMPANY

475 Steamboat Road
Greenwich, CT 06830
(herein called "the Company")

**Retained Amount Liability Policy**
**DECLARATIONS**

Policy No.: **GVE100153302**                     Renewal/Rewrite of: **GVE100153301**

Named Insured and Mailing Address
Insured Name          **FSR TRUCKING INC DBA POSTAL CARRIER CORP**
Street Address1       **1710 UPLAND ROAD**
Street Address2
City, State Zip       **WEST PALM BEACH, FL 33409**

POLICY PERIOD: From **5/1/2017**          to **5/1/2018**          At 12:01 A.M. Standard Time at the address of the Named Insured
as stated herein

In consideration of the payment of premium, in reliance upon the statements herein or attached hereto, and subject to all of the terms of this policy, the Company agrees with the Named Insured as follows:

THE NAMED INSURED IS:   ☐ Individual;   ☐ Partnership;   ☒ Corporation;   ☐ Joint Venture;   ☐ Other

AUDIT PERIOD:   ☐ Annual          ☐ Not Subject to Audit   ☒ Other (See endorsement)

| | | |
|---|---|---|
| Item I: | Limits of Insurance: | |
| | Each  Occurrence Limit: | **$3,000,000** |
| | General  Aggregate Limit: | **$3,000,000** |
| | Products-Completed Operations Aggregate Limit: | **$3,000,000** |

Item II:      Rating Basis (If Subject to Audit)

Premium Basis                    █

Rate per                         █

Item III:     Premium

Total Advance Premium:           ████

Minimum Annual Premium:          ████

**(If adjustable, Total Advance Premium is 100% Minimum & 100% Deposit)**

Item IV:      Minimum Retained Premium

Company to retain no less than   ██   of the Total Premium if the Insured cancels at any time

Item V:       Schedule of Retained Amounts:  See schedule of Retained Amounts

**The policy is comprised of this Declarations Page, the policy form and the schedules and endorsements, if any, attached at inception or during the policy period.**

GEMRE 05/09

_____
Authorized Representative OR
Countersignature (In states where applicable)

**FORMS SCHEDULE**

**Named Insured:** FSR TRUCKING INC DBA POSTAL CARRIER CORP

**Policy Number:** GVE100153302

**Effective 12:01 AM:** 5/1/2017

| Form Number | Edition Date | Endt. Number | Form Name |
|---|---|---|---|
| GEMRE | 05/09 | | RETAINED AMOUNT DECLARATION |
| GEMRET | 05/09 | | RETAINED AMOUNT POLICY FORM |
| GT1083 | 02/14 | | SERVICE OF SUIT CLAUSE |
| GT1012 | 04/09 | 001 | RETAINED AMOUNTS SCHEDULE |
| GT1013 | 04/09 | 002 | DEFENSE OUTSIDE |
| GT1043 | 03/09 | 003 | EXPOSURE CHANGE |
| GT1064 | 03/09 | 004 | TERRORISM EXCLUSION |
| GT1074 | 03/09 | 005 | MINIMUM EARNED PREMIUM |
| GT1075 | 03/09 | 006 | NAMED INSURED AMENDMENT |
| GT1111 | 06/12 | 007 | TRUCK BROKERAGE LIABILITY EXCLUSION |
| | | 008 | AMENDMENT OF POLLUTION EXCLUSION |

Policy Number:  **GVE100153302**

Effective Date:  **5/1/2017**

# RETAINED AMOUNT LIABILITY POLICY

**PLEASE NOTE:  DEFENSE EXPENSES ARE INCLUDED AND REDUCE THE LIMITS OF INSURANCE OF THIS POLICY.**  Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy.  The words "we", "us" and "our" refer to the Company providing this insurance.  The word "insured" means any person or organization qualifying as such under Section **II** – Who Is an Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions or take note of the references in the text of this policy.

**SECTION I**

**COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

   a. This insurance only applies to those coverages shown on the Schedule of Retained Amounts.  The amount we will pay is limited as described in Section III-Limits of Insurance.

   b. We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained amount" because of "bodily injury" or "property damage" and/or "defense expenses" to which this insurance applies.  If our policy applies, we will have the right and duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" when the "retained amount" has been exhausted by payment of damages and/or "defense expenses" to which this insurance applies.  When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any "suit" seeking damages to which this insurance may apply at our own expense.  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.  At our discretion, we may investigate any "occurrence" that may involve this insurance and settle any resultant claim or "suit".  But:

      (1) The amount we will pay for the "ultimate net loss" is limited as described in Section **III** – Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments, settlements or supplementary payments under Coverages **A** or **B**.

   c. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

(2) The "bodily injury" or "property damage" occurs during the policy period.

However, this insurance does not apply to:

(a) Any "bodily injury" or "property damage", whether such "bodily injury" or "property damage" is known or unknown:

    i. Which first occurred prior to the inception date of this policy; or

    ii. Which are, or are alleged to be, in the process of occurring as of the inception date of the policy even if the "occurrence" continues to occur during this policy period; or

(b) Any damages arising out of, caused or contributed to by "bodily injury" or "property damage", whether known or unknown, which are in the process of settlement, adjustment or "suit" as of the inception date of this policy.

**d.** "Bodily injury" or "property damage" which occurs during the policy period and did not occur, prior to the policy period, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f.** We will not defend any suit or pay any "defense expenses" that accrue after the applicable limits of insurance of this policy have been exhausted by the payment of damages and/or "defense expenses", we will have the right to withdraw from the further defense of such suit by tendering control of said defense to the insured.

**g.** In no event shall you agree to a settlement in excess of the "retained amount" without our prior written approval.

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.  This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d.  Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.  E.R.I.S.A.**

Any obligation of the insured under the Employees' Retirement Income Security Act (E.R.I.S.A.), and any amendments thereto or any similar federal, state or local statute.

**f.  Auto Coverages**

**(1)** "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto"; or

**(2)** Any loss, cost or expense payable under or resulting from any first party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use, or entrustment to others of any "auto" that is owned or operated by or rented or loaned to any insured.

**g.  Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee"; or any other person; as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

Except for "bodily injury" sustained by an "employee" of the insured arising out of and in the course of employment as a master or member of the crew of any vessel, this exclusion does not apply if **Employers Liability** is included as a type of coverage on the Schedule of Retained Amounts.

**h.  Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person; or any other person; as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**i. Pollution**

This insurance does not apply to:

**(1)** Any "bodily injury" or "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" anywhere at any time;

**(2)** Any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that the "Insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(3)** Any loss, cost or expense arising out of any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of "pollutants".

However, Paragraph 1 of this exclusion will not apply to "bodily injury" or "property damage" as is described in paragraphs 1 through 6 below:

**1. Products-Completed Operations Hazard**

Paragraph 1 of this exclusion does not apply with respect to "bodily injury" or "property damage" included within the "products-completed operations hazard" provided that "your product" or "your work" has not at any time been:

**(a)** Discarded, dumped, abandoned, thrown away; or

**(b)** Transported, handled, stored, treated, disposed of or processed as waste; by anyone.

**2. Hostile Fire**

Paragraph 1 of this exclusion does not apply with respect to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**3. Equipment to Heat the Building and Contractor/Lessee Operations**

Paragraph 1 of this exclusion does not apply to:

**(a)** "Bodily injury" sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat the building; or

**(b)** "Bodily injury" or "property damage" for which you may be held liable if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional "Insured" with respect to your ongoing operations performed for that additional "Insured" at such premises, site or location, and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any "Insured", other than the additional "Insured".

**4. Fuels, Lubricants and Other Operating Fluids – Mobile Equipment**

Paragraph 1 of this exclusion does not apply to:

**(a)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids that are needed to perform normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor; or

**(b)** "Bodily Injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**5. Fuels, Lubricants, Fluids, etc. – Auto**

Paragraph 1 of this exclusion does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of an "auto" or its parts, if:

**(a)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(b)** The "bodily injury" or "property damage" does not arise out of the operation of any equipment shown in Section V. - DEFINITIONS, Item 14e., paragraphs (1) and (2) of the definition of "mobile equipment".

**6. Upset, Overturn or Damage of an Auto**

Paragraph 1 of this exclusion does not apply to "occurrences" that take place away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a "covered auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a "covered auto" and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**j. Aircraft Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use, or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge; or

**(2)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**k. Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

**l. War**

"Bodily injury" or "property damage" arising out of, resulting from, caused or contributed to by:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Damage To Property**

"Property damage" to:

**(1)** Property:

    **(a)** You own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

    **(b)** Owned or transported by the insured;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(1)(b), (3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**n.   Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**o.   Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

**p.   Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**q.   Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**r.   Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**s.   Professional Services**

"Bodily injury" or "property damage" due to rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Engineering services, including related supervisory or inspection services;

**(4)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(5)** Any health or therapeutic service treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)** Body piercing services;

**(9)** Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

**(10)** Law enforcement or firefighting services; and

**(11)** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**t.  Nuclear**

Any liability, costs or expenses for "bodily injury" or "property damage" arising out of, caused or contributed to by any "nuclear material", "waste material", "radioactive material" or the "hazardous properties" of "nuclear material", "radioactive material" or "waste material" or from any radiation or "radioactivity".

As used in this exclusion:

"Hazardous Properties" include radioactive, toxic or explosive properties of "nuclear material", "radioactive material" and/or "waste material".

"Nuclear Material" means "source material", "special nuclear material" or "by-product material".

"Radioactive Material" means any materials which are radioactive or caused by or exhibit "radioactivity".

"Radioactivity" means the property possessed by some elements of spontaneously emitting alpha or beta rays and sometimes also gamma rays by the disintegration of the nuclei of atoms.

"Source Material", "special nuclear material" and "by-product material" have the meaning given them in the Atomic Energy Act of 1954 or in any law amendatory thereto.

"Waste Materials" means any waste material containing "by-product material" or any other by-product of any "nuclear material" or "radioactive material".

**u.  Fines or Penalties**

Liability imposed on the insured or the insured's insurer for fines or penalties imposed for violation of federal, state or other laws.

**v.  Employment Violations**

Punitive or exemplary damages because of "bodily injury" to any "employee" of the insured employed in violation of law.

**w. Mold, Fungi or Bacteria**

**(1)** "Bodily injury" or "property damage" arising out of, resulting from, caused or contributed to by:

   **(a)** Any actual, alleged or threatened inhalation of, ingestion of, contact with; or

   **(b)** Exposure to, existence of, or presence of,

   any mold, "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**(2)** Any loss cost or expenses arising out of, resulting from, caused or contributed to by the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, mold, "fungi" or bacteria, by any insured or by any other person or entity.

**(3)** The cost of compliance with any law or regulation regarding mold, "fungi" or bacteria.

**(4)** Any obligation to share damages with or repay someone else in connection with paragraph **(1)**, **(2)** or **(3)** of this exclusion.

This exclusion does not apply to any mold, "fungi" or bacteria that are on, or contained in, a good or product intended for consumption.

**x. Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of, resulting from, caused or contributed to by:

   **(a)** Any manufacturing, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of;

   **(b)** Exposure to, existence of; or

   **(c)** Testing for or failure to disclose the presence of, failure to warn or advise of

   asbestos or products containing asbestos whether or not the asbestos is or was at any time airborne as a fiber or particle, contained in a product, carried on clothing, inhaled, transmitted in any fashion or found in any form whatsoever.

**(2)** Any loss, cost or expenses arising out of, resulting from, caused or contributed to by:

   **(a)** The clean up or removal of asbestos or products and materials containing asbestos;

   **(b)** Actions as may be necessary to monitor, assess and evaluate the release or threat of same, of asbestos or products and material containing asbestos;

   **(c)** Disposal of asbestos substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result; or

   **(d)** Compliance with any law or regulation regarding asbestos.

**(3)** Any obligation to share damages with or repay someone else in connection with paragraph **(1)** or **(2)** of this exclusion.

**y. Lead**

**(1)** "Bodily injury" or "property damage" arising out of, resulting from, caused or contributed to by:

    **(a)** Any manufacturing, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of;

    **(b)** Exposure to, existence of, ingestion of; or

    **(c)** Testing for or failure to disclose the presence of, failure to warn or advise of

    lead or products containing lead or products designed or used to protect from the inhalation, ingestion, contact or any other exposure to lead, whether or not the lead is or was at any time airborne as a fiber or particle, contained in a product, carried on clothing, inhaled, transmitted in any fashion or found in any form whatsoever.

**(2)** Any loss, cost or expenses arising out of, resulting from, caused or contributed to by:

    **(a)** The clean up or removal of lead or products and materials containing lead;

    **(b)** Actions as may be necessary to monitor, assess and evaluate the release or threat of same, of lead or products and material containing lead;

    **(c)** Disposal of lead substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result; or

    **(d)** Compliance with any law or regulation regarding lead.

**(3)** Any obligation to share damages with or repay someone else in connection with **(1)** or **(2)** of this exclusion.

**z. EIFS**

"Bodily injury" or "property damage" arising out of, resulting from, caused or contributed to by:

**(1)** The design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction or replacement of:

    **(a)** Any "exterior insulation and finish system" or any part thereof; and/or

    **(b)** Any substantially similar system or any part thereof

    including the application or use of conditioners, primers, accessories, flashing, coatings, caulking or sealant in connection with such a system; or

**(2)** Any work or operations with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish  system", is used on any part of that structure.

**(3)** Any obligation to share damages with or repay someone else in connection with paragraph **(1)** or **(2)** of this exclusion.

**aa. Silica**

**(1)** "Bodily injury" or "property damage" arising out of, resulting from caused or contributed to by:

    **(a)** Any manufacturing, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of;

    **(b)** Exposure to, existence of, ingestion of; or

      **(c)** Testing for or failure to disclose the presence of, failure to warn or advise of silica, products containing silica, or products designed or used to protect from the inhalation, ingestion, contact with or any other exposure to silica, whether or not the silica is or was at any time airborne as a fiber or particle, contained in a product, carried on clothing, inhaled, transmitted in any fashion or found in any form whatsoever.

   **(2)** Any loss, cost or expense arising out of, resulting from, caused or contributed to by any:

      **(a)** Clean up or removal of silica or products and materials containing silica;

      **(b)** Such actions as may be necessary to monitor, assess and evaluate the release or threat of same, of silica or products and material containing silica;

      **(c)** Disposal of silica substances or the taking of such other actions as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result;

      **(d)** Compliance with any law or regulation regarding silica;

      **(e)** Existence, storage, handling or transportation of silica; or

      **(f)** Any supervision, instructions, recommendations, warranties (express or implied), warnings or advice given or which should have been given.

   **(3)** Any obligation to share damages with or repay someone else in connection with **(1)** or **(2)** of this exclusion.

  **bb.** **Named Insured versus Named Insured**

    Any liability, costs or expense of any Named Insured or its "employees" arising out of, caused or contributed to by any "bodily injury" or "property damage" claimed by any other Named Insured or its "employees".


## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1.** **Insuring Agreement**

  **a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained amount" because of "personal and advertising injury" and/or "defense expenses" to which this insurance applies. If our policy applies, we will have the right and duty to defend the insured against any "suit" seeking those damages even when the "retained amount" has been exhausted by payment of damages and/or "defense expenses" to which this insurance applies. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any "suit" seeking damages to which this insurance may apply at our own expense. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply.

    However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. At our discretion, we may investigate any offense that may involve this insurance and settle any resultant claim or "suit". But:

   **(1)** The amount we will pay for the "ultimate net loss" is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments, settlements or supplementary payments under Coverages **A** or **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

However, this insurance does not apply to:

**(a)** Any "personal and advertising injury", whether such "personal and advertising injury" is known or unknown:

**(i)** Which first took place prior to the inception date of this policy; or

**(ii)** Which are, or are alleged to be, in the process of taking place or being committed as of the inception date of the policy even if the offense continues during this policy period.

**(b)** Any damages arising out of, caused or contributed to by "personal and advertising injury", whether known or unknown, which are in the process of settlement, adjustment or "suit" as of the inception date of this policy.

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(1) Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**(2) Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**(3) Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**(4) Criminal Acts**

Arising out of a criminal act committed by or at the direction of the insured.

**(5) Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**(6) Breach Of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**(7) Quality Or Performance Of Goods – Failure To Conform To Statements**

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**(8) Wrong Description Of Prices**

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**(9) Infringement Of Copyright, Patent, Trademark Or Trade Secret**

Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(10)    Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web-sites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **16. a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**(11)    Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**(12)    Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**(13)    Employment-Related Practices**

To:

**(a)** A person arising out of any:

    **(i)** Refusal to employ that person;

    **(ii)** Termination of that person's employment; or

    **(iii)**    Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(b)** The spouse, child, parent, brother or sister of that person; or any other person; as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(i), (ii),** or **(iii)** above is directed.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**(14)    Professional Services**

Arising out of the rendering or failure to render any professional service. This includes but is not limited to:

**(a)** Legal, accounting or advertising services;

**(b)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(c)** Engineering services, including related supervisory or inspection services;

**(d)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(e)** Any health or therapeutic service treatment, advice or instruction;

**(f)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(g)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(h)** Body piercing services;

**(i)** Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

**(j)** Law enforcement or firefighting services; and

**(k)** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**b. Fines or Penalties**

Liability imposed on the insured or the insured's insurer for fines or penalties imposed for violation of federal, state or other law.

**c. Employment Violations**

Punitive or exemplary damages because of "bodily injury" to any "employee" of the insured employed in violation of law.

**d. Mold, Fungi or Bacteria**

**(1)** "Personal and advertising injury" arising out of, resulting from, caused or contributed to by:

**(a)** Any actual, alleged or threatened inhalation of, ingestion of, contact with; or

**(b)** Exposure to, existence of, or presence of,

any mold, "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**(2)** Any loss cost or expenses arising out of, resulting from, caused or contributed to by the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**(3)** The cost of compliance with any law or regulation regarding mold, "fungi" or bacteria.

**(4)** Any obligation to share damages with or repay someone else in connection with **(1)**, **(2)** or **(3)** of this exclusion.

This exclusion does not apply to any mold, "fungi" or bacteria that are, are on, or contained in, a good or product intended for consumption.

**e.   Asbestos**

**(1)** "Personal and advertising injury" arising out of, resulting from, caused or contributed to by:

    **(a)** Any manufacturing, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of;

    **(b)** Exposure to, existence of; or

    **(c)** Testing for or failure to disclose the presence of, failure to warn or advise of

asbestos or products containing asbestos whether or not the asbestos is or was at any time airborne as a fiber or particle, contained in a product, carried on clothing, inhaled, transmitted in any fashion or found in any form whatsoever.

**(2)** Any loss, cost or expenses including arising out of, resulting from, caused or contributed to by:

    **(a)** The clean up or removal of asbestos or products and materials containing asbestos;

    **(b)** Actions as may be necessary to monitor, assess and evaluate the release or threat of same, of asbestos or products and material containing asbestos;

    **(c)** Disposal of asbestos substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result; or

    **(d)** Compliance with any law or regulation regarding asbestos.

**(3)** Any obligation to share damages with or repay someone else in connection with **(1)** or **(2)** of this exclusion.

**f.   Lead**

**(1)** "Personal and advertising injury" arising out of, resulting from, caused or contributed to by:

    **(a)** Any manufacturing, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of;

    **(b)** Exposure to, existence of, ingestion of; or

    **(c)** Testing for or failure to disclose the presence of, failure to warn or advise of lead or products containing lead or products designed or used to protect from the inhalation, ingestion, contact or any other exposure to lead whether or not the lead is or was at any time airborne as a fiber or particle, contained in a product, carried on clothing, inhaled, transmitted in any fashion or found in any form whatsoever.

**(2)** Any loss, cost or expenses including, but not limited to, payment for investigation or defense, fines, penalties, interest and other costs or expenses arising out of, resulting from, caused or contributed to by:

    **(a)** The clean up or removal of lead or products and materials containing lead;

    **(b)** Actions as may be necessary to monitor, assess and evaluate the release or threat of same, of lead or products and material containing lead;

**(c)** Disposal of lead substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result; or

**(d)** Compliance with any law or regulation regarding lead.

**(3)** Any obligation to share damages with or repay someone else in connection with **(1)** or **(2)** of this exclusion.

**g.  EIFS**

"Personal and advertising injury" arising out of, resulting from, caused or contributed to by:

**(1)** The design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction or replacement of:

**(a)** Any "exterior insulation and finish system" or any part thereof; and/or

**(b)** Any substantially similar system or any part thereof

including the application or use of conditioners, primers, accessories, flashing, coatings, caulking or sealant in connection with such a system; or

**(2)** Any work or operations with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system" is used on any part of that structure.

**(3)** Any obligation to share damages with or repay someone else in connection with **(1)** or **(2)** of this exclusion.

**h.  Silica**

**(1)** "Personal and advertising injury" arising out of, resulting from caused or contributed to by:

**(a)** Any manufacturing, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of;

**(b)** Exposure to, existence of, ingestion of; or

**(c)** Testing for or failure to disclose the presence of, failure to warn or advise of silica, products containing silica, or products designed or used to protect from the inhalation, ingestion, contact with or any other exposure to silica, whether or not the silica is or was at any time airborne as a fiber or particle, contained in a product, carried on clothing, inhaled, transmitted in any fashion or found in any form whatsoever.

**(2)** Any loss, cost or expense arising out of, resulting from, caused or contributed to by any:

**(a)** Clean up or removal of silica or products and materials containing silica;

**(b)** Such actions as may be necessary to monitor, assess and evaluate the release or threat of same, of silica or products and material containing silica;

**(c)** Disposal of silica substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result;

**(d)** Compliance with any law or regulation regarding silica;

**(e)** Existence, storage, handling or transportation of silica; or

**(f)** Any supervision, instructions, recommendations, warranties (express or implied), warnings or advice given or which should have been given.

**(3)** Any obligation to share damages with or repay someone else in connection with **(1)** or **(2)** of this exclusion.

**i. Named Insured versus Named Insured**

Any liability, costs or expense of any Named Insured or its "employees" arising out of caused or contributed to by any "personal and advertising injury" claimed by any other Named Insured or its "employees".

**j. Nuclear**

Any liability, costs or expenses for "personal and advertising injury" arising out of, caused or contributed to by any "nuclear material" "waste material", "radioactive material" or the "hazardous properties" of "nuclear material", "radioactive material" or "waste material" or from any radiation or "radioactivity".

As used in this exclusion:

"Hazardous Properties" include radioactive, toxic or explosive properties of "nuclear material", "radioactive material" and/or "waste material".

"Nuclear Material" means "source material", "special nuclear material" or "by-product material".

"Radioactive Material" means any materials which are radioactive or caused by or exhibit "radioactivity".

"Radioactivity" means the property possessed by some elements of spontaneously emitting alpha or beta rays and sometimes also gamma rays by the disintegration of the nuclei of atoms.

"Source Material", "special nuclear material" and "by-product material" have the meaning given them in the Atomic Energy Act of 1954 or in any law amendatory thereto.

"Waste Materials" means any waste material containing "by-product material" or any other by-product of any "nuclear material" or "radioactive material".

**k. Pollution**

**(1)** "Personal and advertising injury" arising out of, resulting from, caused by, or contributed to by the presence, actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, oil or other petroleum substances or derivatives, waste materials or other irritants, contaminants, pollutants or any substances including asbestos and silica which are or may be injurious to public health or the environment (herein called "hazardous substances") into or upon land, the atmosphere or any water course or body of water.

**(2)** Any loss, cost or expense arising out of, resulting from, caused or contributed to by:

**(a)** Clean up or removal of hazardous substances;

**(b)** Such actions as may be necessary to monitor, assess and evaluate, the presence, actual, alleged or threatened discharge, disposal, seepage, migration escape, release or threat of same, of hazardous substances;

**(c)** Disposal of hazardous substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result; or

**(d)** Any governmental direction or request that the insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

**l. War**

"Personal and advertising injury" arising out of, caused or contributed to by:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur, including but not limited to attorney fees.

**b.** Up to $250 for cost of bail bonds (including bonds for related traffic law violations) required because of an "occurrence" we cover.  We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance.  We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

When we have the right but not the duty to defend the insured and elect to participate in the defense, we will pay our own expenses but will not contribute to the expenses of the insured.

## SECTION II – WHO IS AN INSURED

**1.** Except for liability arising out of the ownership, maintenance, or use of "covered autos":

**a.** If you are designated in the Declarations as:

**(1)** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**(2)** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**(3)** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**(4)** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**(5)** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**b.** Each of the following is also an insured:

**(1)** Your "volunteer workers" only while performing duties related to the conduct of your business, your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(a)** "Bodily injury" or "personal and advertising injury":

**(i)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(ii)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(a)(i)** above; or

**(iii)**     For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(a)(i)** or **(ii)** above.

**(b)** "Property damage" to property:

**(i)** Owned, occupied or used by**;** or

**(ii)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**(2)** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**(3)** Any person or organization having proper temporary custody of your property if you die, but only:

**(a)** With respect to liability arising out of the maintenance or use of that property; and

**(b)** Until your legal representative has been appointed.

**(4)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**c.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission.  Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability.  However, no person or organization is an insured with respect to:

    **(1)** "Bodily injury" to a co-"employee" of the person driving the equipment; or

    **(2)** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**d.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization.  However:

    **(1)** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    **(2)** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **(3)** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**2.** Only with respect to liability arising out of the ownership, maintenance, or use of "covered autos":

  **a.** You are an insured.

  **b.** Anyone else while using with your permission a "covered auto" you own, hire, or borrow is also an insured except:

    **(1)** The owner or anyone else from whom you hire or borrow a "covered auto". This exception does not apply if the "covered auto" is a trailer or semi-trailer connected to a "covered auto" you own.

    **(2)** Your "employee" if the "covered auto" is owned by that "employee" or a member of his or her household.

    **(3)** Someone using a "covered auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

    **(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a "covered auto".

    **(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a "covered auto" owned by him or her or a member of his or her household.

    **(6)** "Employees" with respect to "bodily injury" to any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

  **c.** Anyone liable for the conduct of an insured described in **2. a** and **2. b**  above is also an insured, but only to the extent of that liability.

**3.** If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "retained amount".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules in paragraph **2.** and **3.** below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made, "suits" brought;

    **c.** Vehicles involved; or

    **d.** Persons or organizations making claims or bringing "suits".

**2.**   **a.** The General Aggregate Limit, shown in the Declarations, is the most we will pay for the sum of all "ultimate net loss" under Coverage A and Coverage B combined, except "ultimate net loss" because of:

      **(1)** Damages included within the "products-completed operations hazard"

          and

      **(2)** "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a "covered auto"

    **b.** The Products-Completed Operations Aggregate Limit, shown in the Declarations is the most we will pay for damages, included in the "Products-Completed Operations Hazard".

    **c.** The Aggregate Limits, as described in **a.** and **b.** above, apply to the policy period shown in the Declarations.  Any extension of the policy period will be deemed to be a part thereof and is subject to the Aggregate Limits.

**3**. Subject to **2.** above, the Each Occurrence Limit, shown in the Declarations, is the most we will pay for the sum of all "ultimate net loss" under Coverage **A** and Coverage **B**, combined as applicable, because of:

    **a.** All "bodily injury" or "property damage" arising out of any one "occurrence"; and

    **b**. All "personal and advertising injury" sustained by any one person or organization.

**4.** Expenses incurred to defend any "suit" or to investigate any claim will be included within and reduce the applicable Limits of Insurance.

**5.** We will not make any payment under this policy unless and until:

    **(1)** The "retained amount" has been exhausted by the payment of damages to which this policy applies.

When the amount of damages has been determined by an agreed settlement or a final judgment, we will promptly pay on behalf of the "Insured" the amount of damages falling within the terms of this policy.  An agreed settlement means a settlement and release of liability signed by us, the "Insured" and the claimant or the claimant's legal representative.

**SECTION IV – CONDITIONS**

**1. Appeals**

If the insured elects not to appeal a judgment in excess of the "retained amount", we may do so at our own expense. We will be liable for taxable costs, pre- and post-judgment interest and disbursements.

**2. Bankruptcy**

   **a. Bankruptcy Of Insured**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**3. Cancellation**

   **a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   **b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   **c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

   **d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   **e.** If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.  The cancellation will be effective even if we have not made or offered a refund.

   **f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**4. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded.  The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent.  This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**5. Duties In The Event Of Occurrence, Offense, Claim Or "Suit"**

   **a.** You must see to it that we are notified, in writing, as soon as practicable, of an "occurrence" or an offense, regardless of the amount, which may reasonably be expected to result in a claim under this policy.  To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    **c.**  You and any other involved insured must:

        **(1)**  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        **(2)**  Authorize us to obtain records and other information;

        **(3)**  Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

        **(4)**  Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    **d.**  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**6.**  **Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**7.**  **Inspections And Surveys**

    **a.**  We have the right to:

        **(1)**  Make inspections and surveys at any time;

        **(2)**  Give you reports on the conditions we find; and

        **(3)**  Recommend changes.

    **b.**  We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged.  We do not make safety inspections.  We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.  And we do not warrant that conditions:

        **(1)**  Are safe or healthful; or

        **(2)**  Comply with laws, regulations, codes or standards.

    **c.**  Paragraphs **a.** and **b.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**8.**  **Legal Action Against Us**

No person or organization has a right under this policy:

    **a.**  To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

    **b.**  To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

9. **"Other Insurance"**

   **a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this policy.

   When this insurance is excess, we will have no duty under Coverage **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit".  If no other insurer defends, we will have the right to do so, but we will be entitled to the insured's rights against all those other insurers.

   **b.** When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

    **(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    **(2)** The total of all deductible and self-insured amounts under all that other insurance.

10. **Premium Audit**

   **a.** We will compute all premiums for this policy in accordance with our rules and rates.

   **b.** Premium shown in this policy as total advance premium is a deposit premium only.  At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured.  The due date for audit and retrospective premiums is the date shown as the due date on the bill.  If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured, but not if such audit premium is less than the Minimum Annual Premium shown in the Declarations.

   **c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

11. **Premiums**

The first Named Insured shown in the Declarations:

   **a.** Is responsible for the payment of all premiums; and

   **b.** Will be the payee for any return premiums we pay.

12. **Representations Or Fraud**

By accepting this policy, you agree, represent and warrant that:

   **a.** The statements in the Declarations are accurate and complete;

   **b.** The statements and information contained in the application for insurance and any supplementary information are true and correct and that no facts have been suppressed or misstated;

   **c.** This policy is being issued in full reliance upon the statements and representations made in the application and any supplementary information;

   **d.** The application and any supplementary information are incorporated and made part of this policy by reference; and

   **e.** This policy is void in any case of fraud and or misrepresentation as it relates to this policy or any claim under this policy.

13. **Separation Of Insureds**

Except with respect to the Limit of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.**   As if each Named Insured were the only Named Insured; and

**b.**   Separately to each insured against whom claim is made or "suit" is brought.

**14.  Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us.  The insured must do nothing after loss to impair them.  At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**15.  Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative.  Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**16.  No Duty To Notify If We Do Not Renew**

If we decide not to renew this policy, we are under no obligation to mail or deliver to any insured notice of the nonrenewal.

**17.  Loss Payable**

Our liability under this policy shall not apply unless and until the insured has become obligated to pay the full and complete amount of the "retained amount".  Such obligation by the insured to pay "ultimate net loss" shall have been previously determined by a final settlement or judgment after an actual trial or written agreement between the insured, claimant or the claimant's legal representative and us.

**SECTION V – DEFINITIONS**

**1.**   "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.  For the purposes of this definition:

**a.**   Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.**   Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.**   "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment.  But "auto" does not include "mobile equipment".

**3.**   "Bodily injury" means bodily injury, sickness, or disease sustained by a natural person, including death resulting from any of these at any time.  "Bodily injury" also includes mental anguish or other mental injury resulting from "bodily injury".

**4.** "Coverage territory" means anywhere in the world, with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America. The insured's responsibility to pay damages must be determined in a "suit" in the United States of America (including its territories and possessions), Puerto Rico or Canada, or in a settlement we agree to.

**5.** "Covered auto" means only those "autos" which are used in your business.

**6.** "Defense Expenses":

    **a.** Means:

        (1) Attorney's fees and all other investigation, loss adjustment and litigation expenses:

        (2) Premium on bonds to release attachments for amounts not exceeding the applicable limits of insurance of this policy, but we are not obligated to apply for or furnish any such bond;

        (3) Premiums on appeal bonds required by law to appeal a judgment in a suit for amounts not exceeding the applicable limits of insurance of this policy, but we are not obligated to apply for or furnish any such bond;

        (4) All court costs taxed against the insured in the suit;

        (5) Pre-judgment interest awarded against the Insured on that part of the judgment within the applicable limits of insurance of this policy we pay.  If we make an offer to pay the applicable limit of insurance, we will not pay any pre-judgment interest accruing after we make such offer; and

        (6) Post judgment interest that accrues after the entry of judgment on that part of the judgment within the applicable limits of insurance of this policy we pay, and before we have paid, offered to pay or deposited in court that part of the judgment that is within the applicable limits of insurance of this policy.

**7.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**8.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**9.** "Exterior insulation and finish system" (commonly referred to as synthetic stucco or EIFS) means an exterior cladding or finish system used on any part of any structure and consisting of:

    **a.** A rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

    **b.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

    **c.** A reinforced base coat; and

    **d.** A finish coat providing surface texture and color.

**10.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

**11.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

12. "Insured contract" means:

   **a.** A contract for a lease of premises.  However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto".  However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

   **g.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.  Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraphs **f.** and **g.** do not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   **(3)** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority.

13. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.  "Leased worker" does not include a "temporary worker".

14. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, auto, or watercraft;

   **b.** While it is in or on an aircraft, auto or watercraft; or

   **c.** While it is being moved from an aircraft, auto or watercraft to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft or watercraft.

**15.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**16.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**17.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.**  Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.**  Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.**  The use of another's advertising idea in your "advertisement"; or

    **g.**  Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**18.** "Products-completed operations hazard":

    **a.**  Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned.  However, "your work" will be deemed completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

            **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.**  Does not include "bodily injury" or "property damage" arising out of:

        **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

        **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**19.** "Property damage" means:

    **a.**  Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.**  Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**20.** "Retained amount" means the amount shown on the Schedule of Retained Amounts which is applicable to all scheduled coverages.

**21.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged.  "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**22.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**23.** "Ultimate net loss":

**a.** Means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay by reason of a judgement against the insured after actual trial, an alternative dispute resolution and or by written agreement of the insured, the claimant or the claimant's legal representative and us;

**b.** Includes the costs of attorneys fees in defending any claim or "suit" incurred by you. However, these costs do not include salaries and expenses of employees or regular officials of the insured; and;

**c.** Includes any costs or expenses we incur as provided under Supplementary Payments - Coverages **A** and **B** of Section **I** Coverages.

**24.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you. Reimbursement of expenses shall not be considered compensation.

**25.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** "Your product" includes the providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**26.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.


IN WITNESS WHEREOF, we have caused this policy to be executed and attested, but the policy will not be valid unless countersigned by one of our duly authorized representatives, where required by law.


                Secretary                                    President

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

**SERVICE OF SUIT CLAUSE**

The Company hereby designates the Superintendent, Commissioner or Director of Insurance, or his/her designee, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by you or on your behalf or by any beneficiary under this Policy against the Company arising out of this Policy, provided that all lawful process received by said Superintendent, Commissioner or Director of Insurance, or his/her designee, is sent by certified or registered mail to the Company at:

<u>Attention:  Claims Manager</u>

Gemini Transportation Underwriters
1000 Howard Blvd.
Suite 300
Mount Laurel, NJ 08054

GT1083   02/14

**ENDORSEMENT #001**

**This endorsement effective 12:01 AM,** 5/1/2017

**Forms a part of policy no:** GVE100153302

**Issued to:** FSR TRUCKING INC DBA POSTAL CARRIER CORP

**By:** GEMINI INSURANCE COMPANY

**SCHEDULE OF RETAINED AMOUNTS**

| **Commercial Auto Liability** | **Occurrence** |
|---|---|
| Minimum applicable limits: | |
| Each Occurrence: | $1,000,000 CSL |

| **Commercial General Liability** | **Occurrence** |
|---|---|
| Minimum applicable limits: | |
| Each Occurrence: | $1,000,000 |
| Personal and Advertising Injury | $1,000,000 |
| General Aggregate: | $2,000,000 |
| Products/Completed Operations Aggregate: | $2,000,000 |

| **Employer's Liability** | **Occurrence** |
|---|---|
| Minimum applicable limits: | |
| Bodily Injury by accident: | $1,000,000 |
| Bodily Injury by disease per employee | $1,000,000 |
| Bodily Injury by disease aggregate: | $1,000,000 |

_____
Authorized Representative OR
Countersignature (In states where applicable)

GT1012 04/09

**ENDORSEMENT #002**

**This endorsement, effective 12:01 AM** 5/1/2017

**Forms a part of policy no.:** GVE100153302

**Issued to:**  FSR TRUCKING INC DBA POSTAL CARRIER CORP

**By:** GEMINI INSURANCE COMPANY

**DEFENSE EXPENSE OUTSIDE LIMITS**

In consideration of the premium paid for the policy shown on the declaration page, it is agreed that **SECTION III – LIMITS OF INSURANCE, paragraph 4.**, is deleted and replaced with the following:

**4.** Expenses incurred to defend any "suit" or to investigate any claim will be in addition to the applicable limits of insurance of this policy.

GT1013 04/09

_____
**Authorized Representative OR
Countersignature (In states where applicable)**

**ENDORSEMENT #003**

**This endorsement, effective 12:01 AM** 5/1/2017

**Forms a part of policy no.:** GVE100153302

**Issued to:** FSR TRUCKING INC DBA POSTAL CARRIER CORP

**By:** GEMINI INSURANCE COMPANY

**EXPOSURE CHANGE ENDORSEMENT**

This endorsement modifies insurance provided by the policy:

SCHEDULE

Estimated Exposure at Inception: 129

Rate: ███████████

(Information required to complete this Schedule, if not shown above, will be shown in the Declarations. The Declarations may use the term "Estimated Exposure" instead of "Estimated Exposure at Inception".)

---

Notwithstanding any other provision of the policy to the contrary with respect to auditing, the Annual Minimum Premium shown in the Declarations is non-adjustable unless there is an increase in Exposure during the policy period that is the result of any one or more of the following:

1. the Named Insured's acquisition of any other entity, or acquisition of at least 50.1% of the assets of another entity,

2. the Named Insured's merger with any other entity.

3. the Named Insured's creation of a new subsidiary, and/or

4. in the sole judgment of the Company, the Named Insured materially changes its business from what was described in the application for insurance.

Calculation of Additional Premium if any one or more of 1 through 4 above apply:

If any one or more of the above events listed in 1 through 4 apply an additional premium is due.  The additional premium for this policy will be calculated by dividing the sum of the number of insured power unit on the first day of each of the (12) twelve months of the policy period by (12) twelve and multiplying by the rate shown in the above Schedule (hereinafter, this amount is referred to as the "Resultant Amount"). The Advance Premium or Deposit Premium will be subtracted from "Resultant Amount" and any additional premium will be owed by the Named Insured within thirty (30) days.

**IF THE ADVANCE PREMIUM OR DEPOSIT PREMIUM IS GREATER THAN THE "RESULTANT AMOUNT", THE COMPANY WILL NOT RETURN ANY PREMIUM TO THE NAMED INSURED.**

Nothing contained herein shall be construed to prevent the Company from auditing your books and records, at any time, at the Company's sole discretion, and the Named Insured shall cooperate with all such audits.

The Named Insured has a duty to make sure that the Estimated Exposure at Inception as shown in the Named Insured's application is true and correct.  Nothing in this endorsement shall prevent the Company from charging an additional premium if the Estimated Exposure at Inception as shown in the Named Insured's application is inaccurate.  In such case, the company has the right to adjust the Estimated Exposure to reflect the correct exposure as of the Inception Date of this policy and charge the appropriate premium immediately.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative OR
(Countersignature (In states where applicable)

**ENDORSEMENT #004**

**This endorsement, effective 12:01 AM** 5/1/2017

**Forms a part of policy no.:** GVE100153302

**Issued to:** FSR TRUCKING INC DBA POSTAL CARRIER CORP

**By:** GEMINI INSURANCE COMPANY

**TERRORISM EXCLUSION**

This insurance does not apply to loss, injury, damage, claim or "suit", arising directly or indirectly as a result of, in connection with, or relating to "terrorism" including but not limited to:

1.  Any action taken in hindering or defending against an actual or expected incident of "terrorism" regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage; and

2.  Any contemporaneous or ensuing loss caused by explosion, fire, heat, vandalism, looting, theft, civil commotion, rebellion or insurrection.

Multiple incidents of "terrorism" that occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership will be considered to be one incident.

As used in this exclusion, "terrorism" means the use or threatened use of force or violence against person or property, or commission of an act dangerous to human life or property, or commission of an act that interferes with or disrupts an electronic or communication system, undertaken by any person or group, whether or not acting on behalf of or in any connection with any organization, government, power, authority or military force, when the effect is to intimidate, coerce or harm:

a.  A government
b.  The civilian population of a country, state or community; or
c.  To disrupt the economy of a country, state or community.

So long as the Terrorism Risk Insurance Act of 2002 (the "Act") is in effect, "terrorism" includes an act of terrorism as defined by Section 102.  Definitions of the Act and any revisions or amendments thereto.

All other terms and conditions of the policy are the same.

GT1064 03/09

_____
Authorized Representative OR
Countersignature (In states where applicable)

**ENDORSEMENT #005**

**This endorsement, effective 12:01 AM** 5/1/2017

**Forms a part of policy no.:** GVE100153302

**Issued to:** FSR TRUCKING INC DBA POSTAL CARRIER CORP

**By:** GEMINI INSURANCE COMPANY

**MINIMUM EARNED PREMIUM**

It is understood and agreed that in the event of cancellation of this policy by or at the direction of the insured, the company shall retain a Minimum Earned Premium of ▮▮▮▮▮

It is further agreed that the provision regarding cancellation by the insured is amended to read:

"If the Insured cancels this policy, earned premium will be computed in accordance with the customary short-rate table and procedure, or the Minimum Earned Premium stated herein, whichever is greater."

GT1074 03/09

_____
Authorized Representative OR
Countersignature (In states where applicable)

**ENDORSEMENT #006**

**This endorsement, effective 12:01 AM** 5/1/2017

**Forms a part of policy no.:** GVE100153302

**Issued to:**   FSR TRUCKING INC DBA POSTAL CARRIER CORP

**By:**  GEMINI INSURANCE COMPANY

**NAMED INSURED AMENDMENT**

It is understood and agreed that the Named Insured is amended to include the following as named insureds:

FSR Logistics Corp

All other terms and conditions remain unchanged

GT1075 03/09

_____  _____
Authorized Representative OR
Countersignature (In states where applicable)

**ENDORSEMENT #007**

**This endorsement, effective 12:01 AM** 5/1/2017

**Forms a part of policy no.:** GVE100153302

**Issued to:** FSR TRUCKING INC DBA POSTAL CARRIER CORP

**By:** GEMINI INSURANCE COMPANY

**TRUCK BROKERAGE LIABILITY EXCLUSION**

This insurance does not apply to "Bodily Injury, "Property Damage" or "Personal Injury" arising out of "Truck Brokerage Operations."

"Truck Brokerage Operations" means operations conducted by any person or organization, not acting in the capacity of a "motor carrier," who arranges or offers to arrange the transportation of property of others by a "motor carrier" that is authorized by the Federal Motor Carrier Safety Administration.

"Motor carrier" means any person or organization authorized by the Federal Motor Carrier Safety to transport the property of others for hire.

GT1111 06/12

_____
Authorized Representative OR
Countersignature (In states where applicable)